THE PEOPLE OF THE STATE OF NEW YORK v. PIO MELCHOR (Correct Name PIO MICHOR).— Motion to resettle order granted, and motion to dismiss appeal granted, unless appellant procure record on appeal and appellant's points to be filed on or before the 22nd day of April, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CUBAN DOMINICAN SUGAR CORPORATION v. HORATIO S. RUBENS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

JOHN MCMANUS v. B. F. CURRY, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HARRY HEIM against JOHN F. GILCHRIST, as President, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of MARK SHELDON STEVENS, INC., against JOHN HENRY LAMBERT.— Motion granted on condition that appellant file an undertaking to secure payment of the amount found due with interest and costs. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE CITY OF NEW YORK v. JAMES N. BUTTERLY and Others, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WALTER F. BURROWS and Others v. OSCAR SCHERER & BROTHER, INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NUCOMB BUILDING CORPORATION v. P. & F. GRASSI, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN J. FORSHAW and Another v. LOUIS LEAVITT.— Motion granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JACK HIRSCHMAN and Another v. ALEX K. GERACO.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM F. SCOTT v. HAROLD R. LISTER.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROYAL INDEMNITY COMPANY v. JOSEPH FRIED & SONS, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RUSSELL K. SADLER v. BYRD M. LATHAM and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY N. BRAUDE v. MARTIN RAFF and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARTHA FRIEDMAN v. TENBROECK REALTY CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB ALTNEU v. "JOHN" AWERKIN and Others, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.